570 A.2d 972

STATE OF NEW JERSEY v. NICHOLAS KONTAKIS.

October 31, 1989.

Petition for certification denied.

570 A.2d 972

IN THE MATTER OF THE PETITION OF JOSEPH F. SHANA-
HAN, CANDIDATE FOR THE GENERAL ASSEMBLY IN
THE TWENTY THIRD DISTRICT.

October 31, 1989.

Petition for certification denied.

570 A.2d 972

MARY LOSCALZO v. JOSEPH PINI, ETC. AND OSCAR
CABRERA, ET AL. AND BOROUGH OF FAIRVIEW.

MARY LOSCALZO v. BOARD OF ADJUSTMENT OF THE BOR-
OUGH OF FAIRVIEW AND OSCAR CABRERA, ET AL.

October 31, 1989.

Petition for certification denied. (See 228 *N.J.Super.* 291,
549 *A.* 2d 859)

570 A.2d 972

STATE OF NEW JERSEY v. OSMAN TORO.

October 31, 1989.

Petition for certification denied. (See 229 *N.J.Super.* 215,
551 *A.* 2d 170)